CORRIGAN WELBOURN & STOKKE
A PROFESSIONAL LAW CORPORATION
4100 NEWPORT PLACE, SUITE 550
NEWPORT BEACH, CA 92660
TELEPHONE 949.251.0330
FACSIMILE 949.251.1181

September 27, 2021

***Via ECF***
The Honorable Peter G. Sheridan
United States District Judge
District of New Jersey – Trenton Division
402 East State Street
Trenton, New Jersey 08608

***Re: USA v. Kevin M. Dickau, Cr. 20-783 - PGS***

Dear Judge Sheridan,

I represent Kevin Dickau in the above-referenced matter and have appeared on his behalf before this honorable Court. Attorney Mitchell Ignatoff is my local counsel.

Mr. Dickau is released on bond and, to my knowledge, he has not suffered any violations of his pretrial release bond conditions.

Mr. Dickau is currently scheduled to be sentenced in this Case on October 20, 2021 12:30 p.m.

On Mr. Dickau's behalf and with his consent, I am requesting that his sentencing date be continued to a date January 14, 2022 at 11:00 a.m., or a date that is convenient to the Court. The government and I have conferred, and the government concurs with the request. The reason for the request is similar in nature to the reasons shared with the Court during a telephone conference on July 6, 2021 that supported the continuance to the current sentencing date.

Sincerely,

Kate Corrigan