**CORRIGAN WELBOURN & STOKKE**
**A PROFESSIONAL LAW CORPORATION**
4100 NEWPORT PLACE, SUITE 550
NEWPORT BEACH, CA 92660
TELEPHONE 949.251.0330
FACSIMILE 949.251.1181

August 9, 2022

***Via ECF***
The Honorable Peter G. Sheridan
United States District Judge
District of New Jersey – Trenton Division
402 East State Street
Trenton, New Jersey 08608

***Re: USA v. Kevin M. Dickau, Cr. 20-783 - PGS***

Dear Judge Sheridan,

I represent Kevin Dickau in the above-referenced matter and have appeared on his behalf before this honorable Court. Attorney Mitchell Ignatoff is my local counsel.

Mr. Dickau is released on bond and, to my knowledge, he has not suffered any violations of his pretrial release bond conditions.

Mr. Dickau is currently scheduled to be sentenced in this Case on September 26, 2022 at 11:00 a.m.

On Mr. Dickau's behalf and with his consent, I am requesting that his sentencing date be continued to January 23, 2023 at 11:00 a.m., or a date and time that is convenient to the Court. The government and I have conferred, and the government concurs with the request. The reason for the request is twofold: 1. The Government counsel expects to be engaged in trial, and 2. My family is expecting our first grandchild on (or about) September 23, 2022. This was not a known factor at the time of the last request for a continuance. The prior continuance requests have been due to the reasons shared with the Court during a telephone conference on July 6, 2021. I can assure the Court that it is not my typical practice to request a continuance based on a personal matter. My client has no objection to the requested continuance.

Sincerely,

Kate Corrigan